UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| ANDREW ALBERT, individually, and as representative of a Class of Participants and Beneficiaries, on Behalf of the Oshkosh Corporation and Affiliates Tax Deferred Investment Plan; | Case No. 20-cv-901 |
| Plaintiff, | |
| v. | |
| OSHKOSH CORPORATION, *et. al.* | |
| Defendants | |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Civil L.R. 7(k), Plaintiff Andrew Albert hereby submits this Notice of the following supplemental authority: *McGowan v. Barnabas Health, Inc.,* Civ. No. 20-13119 (KM) (ESK), 2021 WL 1399870 (D. N.J. April 13, 2021) (copy attached as **Exhibit 1**); and *In re Biogen, Inc. ERISA Litigation*, Case No. 20-cv-11325-DJC, 2021 WL 311633 (D. Mass. July 22, 2021) (copy attached as **Exhibit 2**). This authority is relevant to Argument Section I of Plaintiff's Response Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint (Dkt. 28), and to Section I of Plaintiff's Surreply in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 34-1).

Dated this 29th day of July, 2021                WALCHESKE & LUZI, LLC
                                                 Counsel for Plaintiff

                                                 ***s/ Paul M. Secunda***
                                                 James A. Walcheske, State Bar No. 1065635
                                                 Scott S. Luzi, State Bar No. 1067405
                                                 Paul M. Secunda, State Bar No. 1074127

WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: jwalcheske@walcheskeluzi.com
E-Mail: sluzi@walcheskeluzi.com
E-Mail: psecunda@walcheskeluzi.com

## CERTIFICATE OF SERVICE

      I, Paul M. Secunda, hereby certify that on July 29, 2021, I electronically filed a copy of the foregoing Plaintiff's Notice of Supplemental Authority through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Paul M. Secunda*
                                              Paul M. Secunda