# United States District Court

EASTERN DISTRICT OF WISCONSIN

ANDREW ALBERT,

        Plaintiff,

v.

OSHKOSH CORPORATION, THE
BOARD OF DIRECTORS OF THE
OSHKOSH CORPORATION, and
ADMINISTRATIVE COMMITTEE OF
THE OSHKOSH CORPORATION AND
AFFILIATES EMPLOYEE BENEFIT PLANS,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-901

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Andrew Albert takes nothing and this action is dismissed with prejudice.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: September 2, 2021

GINA M. COLLETTI
Clerk of Court

s/ Terri Lynn Ficek
(By) Deputy Clerk